**Order entered December 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00843-CV

## ONCOR ELECTRIC DELIVERY COMPANY LLC, Appellant

## V.

## CITY OF RICHARDSON, TEXAS, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12696**

## ORDER

Before the Court is appellant's December 16, 2014, unopposed motion for extension of time to file its reply brief. We **GRANT** appellant's motion. Appellant's reply brief shall be filed no later than **TWENTY-ONE DAYS** from the date of this Order.

/s/      CRAIG STODDART
            JUSTICE